PAUL T. ONDERDONK v. THE PRESBYTERIAN HOMES
OF NEW JERSEY, INC.

Feb. 11, 1980.  Petition for certification granted.  (See 171
*N.J.Super.* 529)

EMMANUEL C. MOTOMAL v. INSURANCE SERVICES OFFICE &
DIVISION OF CIVIL RIGHTS.

Feb. 11, 1980.  Petition for certification denied.

JOHN DOE v. STATE OF NEW JERSEY, DEPARTMENT OF
HUMAN SERVICES DIVISION OF YOUTH AND
FAMILY SERVICES.

Feb. 11, 1980.  Motion for leave to appeal is granted, and the
matter is summarily remanded to the Superior Court, Chancery
Division for the limited purpose of applying the requirements of
*In re Guardianship of Dotson*, 72 *N.J.* 112 (1976), to the issue of
the provisions of a transcript in the appeal presently pending in
the Appellate Division (A–5208–77);  and it is further

ORDERED that the trial court shall submit its conclusions to
the Appellate Division within 30 days of the filing date of this
order.  Jurisdiction is not retained.